

| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd Lakewood, CO 80401 303-275-5350 Fax: 303-275-5366 |

---

**File Code:**   6270
2021-FS-R2-00696-F
**Date:**   November 16, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD  57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated October 20, 2020 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on November 3, 2020.  This request was assigned tracking number **2021-FS-R2-00696-F.**
You specifically requested:

> *"Please provide any and all agency records created or obtained by the Northern Hills District Office or the Black Hills National Forest Office that relate to exploratory gold drilling in the Northern Hills District of the Black Hills National Forest. The subject matter scope of this request must be interpreted broadly, and includes but is not limited to, these specific documents:*
> *- all draft or final plans of operations that have been submitted to the Forest Service since January 1, 2018, involving existing or proposed exploration or mines in the Northern Hills Ranger District;*
> *- all documentation related to gold-related exploration and mining activities by Mineral Mountain Resources."*
> *(Date Range for Record Search: From 1/1/2018 To 11/3/2020)*

You requested expedited processing of your FOIA request, stating "that review of the requested records constitutes a compelling need as set forth at 5 U.S.C. §552(a)(6)(v)(II)."  We have determined that your request does not qualify for expedited processing because there is no jeopardy to life or personal safety, threatened loss of substantial due process rights, or urgency to inform the public about an actual or alleged Federal Government activity by an individual primarily engaged in disseminating information that is of public interest.  While the patterns of natural resource removal in National Forests are an important topic of inquiry, you have not demonstrated an urgent public interest in the information requested.

Your FOIA request will continue to be processed under our standard procedures.  You will see future correspondence related to this FOIA request as such.

The FOIA provides you the right to appeal this denial of expedited processing. Any appeal must be made in writing, within 90 days from the date of this letter to the Chief, USDA Forest Service.  Additionally, due to the concerns surrounding the COVID-19 virus we are only accepting appeals electronically at this time.  Please email your appeal to SM.FS.WOFOIA@usda.gov.  The term "FOIA APPEAL" should be placed in capital letters on the subject line of the email along with the FOIA case number assigned to your request.  To facilitate the processing of your appeal, please attach a copy of this letter to your request as well.



Caring for the Land and Serving People

Scofield Declaration, Exhibit 5



Printed on Recycled Paper

Lilias Jarding, PhD.                                                                                    2


If you need any further assistance or would like to discuss your request for expedited processing, please do not hesitate to contact the FOIA Public Liaison at (202) 205-1542.  Additionally, you may contact the Office of Government Information Services, National Archives and Records Administration, to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD  20740-6001, email ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,


TAMARA WHITTINGTON
Digitally signed by
TAMARA WHITTINGTON
Date: 2020.11.16
14:05:15 -07'00'

PATRICIA M O'CONNOR
Acting Regional Forester

cc:  Jason Collins, Louie Conroy, Jack Isaacs, Kirk Minckler