UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BLACK HILLS CLEAN WATER ALLIANCE, | CIV 21-5072 |
| Plaintiff, | |
| vs. | ORDER |
| U.S. FOREST SERVICE, an agency of the United States; and U,S. DEPARTMENT OF AGRICULTURE, an agency of the United States, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the Court's own motion, the Court wishes to hear argument on the pending Motion for Summary Judgment. A subject the Court is interested in is:

> The temporal limits of searches, including the subsequent searches which were only to the date of the original filing.

IT IS ORDERED that argument will be held telephonically on Monday, March 20, 2023, at 2:00 P.M. central time. The Clerk's Office will furnish the parties with a call-in number in advance of the argument.

Dated this 14th day of March, 2023.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK