# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Lawrence L. Piersol United States District Judge Presiding

| Courtroom Deputy - MSB | Court Reporter – Carla Dedula |
|---|---|
| Courtroom - SF #1 | Date – March 20, 2023 |

5:21-cr-5072-LLP

| BLACK HILLS CLEAN WATER ALLIANCE  Plaintiff,  vs.  U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURE  Defendant. | Jeffrey Parsons Travis Stills   Allison Ramsdell |
|---|---|

TIME HEARING SCHEDULED TO BEGIN: 2:00 PM

<u>TIME:</u>

2:02 PM     Enter Telephonic Motion Hearing

               The Court hears from Plaintiff and Defendant regarding defendant's Motion for Summary Judgment (Doc. 19)

2:43 PM     Court in recess.